IN RE CITIZENS STATE BANK OF GILLETTE.

*February 12—March 8, 1932.*

*Victor J. O'Kelliher* of Oconto and *Otto P. Lehner* of Green Bay, for the appellants.

*A. V. Classon* of Oconto and *Sol P. Huntington* of Green Bay, for the respondent.

FAIRCHILD, J.   It appears that the trustees seek to invoke the jurisdiction of the court by service of an order to show cause without having commenced any action by the service of a summons or other authorized process.   As no action was pending at the time of the issuance of the order to show cause, the court was without jurisdiction and the order should have been denied.   Sec. 262.01, Stats.

*By the Court.*—Appeal dismissed.